SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEAN RIKER,

    Plaintiff,

v.

RESIDENCE INN PALO ALTO MOUNTAIN VIEW; MARRIOTT INTERNATIONAL, INC.; INNKEEPERS FINANCING PARTNERSHIP II, LP; and DOES 1-25, Inclusive,

    Defendants.

CASE NO. C 07-00257 JF

<u>Civil Rights</u>

**STIPULATION AND [**~~PROPOSED~~**] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE**

Pursuant to General Order 56, paragraph 7 And Local Rule 7-11

    Plaintiff and defendants, by and through their attorneys of record, enter into this "Stipulation and [Proposed] Order pursuant to the requirements of paragraph 7 of General Order 56 and Local Rule 7-11.

    Plaintiff brought this action against defendants alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

    The parties have complied with the requirements of paragraphs 1 through 6 of General Order 56.

    On September 19, 2007, the parties held an all day mediation conducted by ADR program counsel Daniel Bowling, which resulted in a settlement of the injunctive relief aspect of the case only. The damages and

1  attorney's fees, litigation expenses, and costs aspects of the case are the subject
2  of continuing litigation between the parties.
3         Because the case has not fully resolved at mediation, the parties
4  enter into this Stipulation pursuant to Local Rule 7-11 and request that the court
5  schedule a Case Management Conference pursuant to the requirement of
6  paragraph 7 of General Order 56. Because Plaintiff's counsel will be out of the
7  country and unavailable for a Case Management Conference during the period
8  September 23, 2007 through October 13, 2007, the parties further request that
9  the court schedule the Case Management Conference for Friday, November 2,
10 2007 or as soon thereafter as the court may have available so as to afford the
11 parties sufficient time in advance of the Case Management Conference to submit
12 a Joint Case Management Statement.
13        IT IS SO STIPULATED:
14 Date: 9/20/07                SIDNEY J. COHEN
                                PROFESSIONAL CORPORATION
15                              /s/ Sidney J. Cohen

16                              _____
                                Sidney J. Cohen
                                Attorney for Plaintiff
17
18 Date: 9/20/07                JENKINS GOODMAN NEUMAN
                                & HAMILTON LLP
                                /s/ Robert P. Hamilton
19
                                _____
                                Robert P. Hamilton, Esq.
20                              Attorney for All Defendants

21
        PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO
22 ORDERED:
23        The Court shall conduct a Case Management Conference
24 on __November 2_____, 2007 at _____ 10:30 a.m. The parties shall submit a
25 Joint Case Management Statement no later than __October 24____, 2007.
26                                        _____
       10/3/07                            Jeremy Fogel
27                                        U.S. District Court Judge
28

Stipulation and [Proposed] Order for Administrative
Relief for Case Management Conference        -2-