SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450            **E-filed 10/3/07**

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>RESIDENCE INN PALO ALTO MOUNTAIN VIEW; MARRIOTT INTERNATIONAL, INC.; INNKEEPERS FINANCING PARTNERSHIP II, LP; and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO. C 07-00257 JF<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE INJUNCTIVE RELIEF ASPECT OF THE LAWSUIT ONLY**<br><br>FRCP 41(a)(1)(ii) |

     Plaintiff and defendants, by and through their attorneys of record, file this "Stipulation and Order of Dismissal Of The Injunctive Relief Aspect Of The Lawsuit Only" pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

     Plaintiff filed this lawsuit on January 10, 2007.

     Plaintiff and defendant Innkeepers Financing Partnership II, LP have entered into a "Mutual Release And Settlement Agreement For Injunctive Relief Only" which settles all aspects of the lawsuit against defendants. The "Mutual Release And Settlement Agreement For Injunctive Relief Only" is incorporated by reference herein as if set forth in full. Plaintiff and defendant Innkeepers Financing Partnership II, LP stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement For Injunctive Relief Only."

Stipulation and Order for Dismissal Of The Injunctive
Relief Aspect Of The Lawsuit Only                    -1-

1  Plaintiff moves to dismiss with prejudice the injunctive relief aspect of
2  the lawsuit against all defendants.
3  Defendants, who have answered the complaint, agree to the dismissal of
4  the injunctive relief aspect of the lawsuit with prejudice.
5  This case is not a class action, and no receiver has been appointed.
6  The damages and attorney's fees, litigation expenses, and costs aspects of
7  the lawsuit have not been settled and are the subject of continuing litigation.
8  This Stipulation and Order may be signed in counterparts, and facsimile
9  signatures shall be as valid and binding as original signatures.
10 Wherefore, plaintiff and defendants, by and through their attorneys of
11 record, so stipulate.

Date:   9/20/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff

Date:   9/20/07

JENKINS GOODMAN NEUMAN
& HAMILTON LLP

/s/ Robert P. Hamilton

Robert P. Hamilton, Esq.
Attorney for All Defendants

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The injunctive relief aspect of the lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Injunctive Relief Only." The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit is the subject of continuing litigation.

Date:   10/3/07

Jeremy Fogel
United States District Judge