1  CHARLES D. JENKINS - State Bar #114897
   ROBERT P. HAMILTON - State Bar #115744
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California 94104
   Telephone: (415) 705-0400
4  Facsimile: (415) 705-0411

5  Attorneys for Defendants MARRIOTT INTERNATIONAL, INC.; INNKEEPERS
   FINANCING PARTNERSHIP II, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEAN RIKER,

        Plaintiff,

vs.

RESIDENCE INN PALO ALTO MOUNTAIN VIEW; MARRIOTT INTERNATIONAL, INC.; INNKEEPERS FINANCING PARTNERSHIP II, LP; and DOES 1-25, Inclusive,

        Defendants.

Case No. C07-00257 JF RS

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF CASE MANAGEMENT PURSUANT TO LOCAL RULE 7-12

Plaintiff and defendants, by and through their attorneys of record, enter into this "Stipulation and [Proposed] Order" pursuant to the requirements of local rule 7-12.

Plaintiff brought this action against defendants alleging violation of Title III of the Americans With Disabilities Act and related statutes and regulations. Accordingly, this case is governed by the procedures of general order 56.

The parties have complied with the requirements of paragraph 1 through 6 of General Order 56.

A mediation was held on September 19, 2007 with ADR program counsel Daniel

-1-

Bowling, resulting in the settlement of injunctive relief aspect of the case. The damages, attorney's fees, litigation expenses and cost aspects of the case are the subject of continuing litigation between the parties.

Since the case did not settle at the initial mediation, plaintiff filed a motion for administrative relief for Case Management Conference. The Case Management Conference has been set for November 2, 2007.

The parties have agreed to return for further negotiation through the mediation process with Daniel Bowling. This mediation is set for November 9, 2007. Consequently, the parties hereby request that the current Case Management Conference be continued to November 30, 2007 or as soon thereafter as the court may have available so as to allow the parties to focus their efforts on resolution of this case without incurring additional fees and costs.

IT IS SO STIPULATED:

DATED: 10/17/07

JENKINS GOODMAN NEUMAN
& HAMILTON LLP

_____
Robert P. Hamilton
Attorney for Defendants

DATED: 10/17/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

_____
Sidney J. Cohen
Attorney for Plaintiff

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The November 2, 2007 Case Management Conference shall be continued and the court shall conduct a Case Management Conference on __November 30__, 2007 at 10:30 a.m. The parties shall submit a joint Case Management Conference statement no later than __November 20, 2007.

DATED: 10/23/07

_____
JEREMY FOGEL, U.S. DISTRICT COURT JUDGE