**E-filed 12/18/07**

SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER<br><br>    Plaintiff,<br><br>v.<br><br>RESIDENCE INN PALO ALTO MOUNTAIN VIEW; MARRIOTT INTERNATIONAL, INC.; INNKEEPERS FINANCING PARTNERSHIP II, LP; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C 07-00257 JF<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER OF DISMISSAL OF THE DAMAGES AND ATTORNEY'S FEES, LITIGATION EXPENSES, AND COSTS ASPECTS OF THE LAWSUIT**<br><br>FRCP 41(a)(1)(ii) |

Plaintiff and defendants, by and through their attorneys of record, file this "Stipulation and Order of Dismissal Of The Damages and Attorney's Fees, Litigation Expenses, and Costs Aspects of the Lawsuit" pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiff filed this lawsuit on January 10, 2007.

Plaintiff and defendant Innkeepers Financing Partnership II, LP have entered into a "Mutual Release And Settlement Agreement For Damages and Attorney's Fees, Litigation Expenses, and Costs" which settles all such aspects of the lawsuit against defendants. The "Mutual Release And Settlement Agreement For Damages and Attorney's Fees, Litigation Expenses, and Costs" is incorporated by reference herein as if set forth in full. Plaintiff and defendant Innkeepers Financing Partnership II, LP stipulate to the court retaining

Stipulation and Order for Dismissal Of The Injunctive
Relief Aspect Of The Lawsuit Only                    -1-

jurisdiction to enforce the "Mutual Release And Settlement Agreement For Damages and Attorney's Fees, Litigation Expenses, and Costs."

Plaintiff moves to dismiss with prejudice the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against all defendants.

Defendants, who have answered the complaint, agree to the dismissal of the damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, plaintiff and defendants, by and through their attorneys of record, so stipulate.

Date: 12/12/07
SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff

Date: 12/12/07
JENKINS GOODMAN NEUMAN
& HAMILTON LLP

/s/ Robert P. Hamilton

Robert P. Hamilton, Esq.
Attorney for All Defendants

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The damages and attorney's fees, litigation expenses, and costs aspects of the lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement For Damages And Attorney's Fees, Litigation Expenses, And Costs."

Date: 12/18/07

Jeremy Fogel
United States District Judge